# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elliott E Clark, et al., | No. CV-17-04314-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Infusion Software Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreements. (Doc. 44.) According to the joint motion:

> 1. This matter concerns two claims by Plaintiffs that they are owed wages pursuant to the Fair Labor Standards Act and Arizona wage law.
>
> 2. Defendants deny any liability toward Plaintiffs.
>
> 3. The Parties, through their counsel reached a compromise to resolve this action, pursuant to the terms set forth in the Agreements. The Agreements provide for specific settlement amounts to be paid to Plaintiffs and for liquidated damages. The Agreement also includes a release of claims by each Plaintiff.
>
> 4. The Parties agree that the Agreements represent a fair and equitable resolution and reasonable compromise.
>
> 5. The Agreements are in the best interests of all the Parties and have been accepted by the Parties. Plaintiffs and Defendants have executed the Agreements.
>
> 6. The Parties, through their respective counsel, hereby move

for approval of this resolution and agree to file a stipulation to dismiss this action with prejudice, on the merits and without awarding additional fees or costs to either party.

7. Neither this joint motion nor the proposed order is intended to constitute an admission or concession by Defendants of any liability or wrongdoing.

8. The Parties respectfully request that the Court approve the terms of the Agreements because they represent a fair and reasonable resolution of *bona fide* disputes over alleged unpaid overtime wages under the FLSA.

9. All the parties have been represented by competent counsel.

For good causes shown,

**IT IS ORDERED** that the parties' Joint Motion for Approval of Settlement Agreements (Doc. 44) is **GRANTED**.  The Court approves the Settlement Agreements and finds they are a fair and reasonable resolution of the dispute.

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice, and the Clerk of Court shall terminate this matter.

Dated this 11th day of September, 2018.

Douglas L. Rayes
United States District Judge